FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID HYUN-SU KIM,<br><br>                    Plaintiff,<br><br>     v.<br><br>BOARD OF TRUSTEES OF WHITMAN COLLEGE, doing business as WHITMAN COLLEGE,<br><br>                    Defendant. | No. 4:22-CV-05033-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 84** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 84.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared.  The parties stipulate and agree to the dismissal of Plaintiff's claims, with prejudice and without an award of fees or costs.  The stipulation is signed by counsel for all parties.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1.     The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 84**, is **GRANTED**.

2.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED with prejudice** and without an award of fees or costs.

3.     All pending deadlines and hearings are **STRICKEN**.

4.     All pending motions, including **ECF Nos. 40 and 66,** are **DENIED as moot**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED January 16, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2